United States District Court
Southern District of Texas
FILED

JAN 31 2018

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Criminal No.  M-16-1376-S5 |
| SALVADOR HERNANDEZ<br>RICHARD LEON CASTILLO | § § | |

## SEALED SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From on or about August 27, 2016, to on or about September 3, 2016, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

### Count Two

On or about August 27, 2016, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

SALVADOR HERNANDEZ
and
RICHARD LEON CASTILLO

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

## Count Three

On or about November 29, 2016, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**SALVADOR HERNANDEZ**

did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, namely, the United States Drug Enforcement Administration, by stating to Drug Enforcement Administration Special Agents that on August 27, 2016 SALVADOR HERNANDEZ and RICHARD LEON CASTILLO searched a shed for a suspected narcotics transporter and while they were at that scene multiple Border Patrol Agents arrived at that location, when in truth and in fact, the statements and representations were false in that Border Patrol Agents did not arrive at that location on August 27, 2016.

In violation of Title 18, United States Code, Section 1001(a)(2).

## Count Four

On or about November 29, 2016, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

## SALVADOR HERNANDEZ

did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, namely, the United States Drug Enforcement Administration, by stating to Drug Enforcement Administration Special Agents that on August 27, 2016 two duffle bags containing suspected narcotics were placed in SALVADOR HERNANDEZ's San Juan Police Department patrol unit and that from the time the duffle bags were placed in his unit to the time SALVADOR HERNANDEZ arrived at the San Juan Police Department, SALVADOR HERNANDEZ never opened the back hatch to SALVADOR HERNANDEZ's unit, when in truth and in fact, the statements and representations were false in that on August 27, 2016 SALVADOR HERNANDEZ did open the back hatch to his unit between the time the two duffle bags which contained narcotics were placed in the back of his unit and when he arrived at the San Juan Police Department.

In violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY